IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR708 |
| | ) | |
| Plaintiff, | ) | JUDGE: CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH TYSON, | ) | **MOTION TO FILE DOCUMENT UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Carmen E. Henderson and Chelsea S. Rice, Assistant United States Attorney, and respectfully moves this Court for an order sealing the government's Motion to Unseal Search Warrant, Application, and Affidavit in order to protect sensitive information included in the motion.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By: /s/ Carmen E. Henderson
    Carmen E. Henderson (OH:0089212)
    Chelsea S. Rice (OH: 0076905)
    Assistant United States Attorneys
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3967/3752
    (216) 522-8355 (facsimile)
    Carmen.Henderson@usdoj.gov
    Chelsea.Rice@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Carmen E. Henderson
Carmen E. Henderson
Assistant U.S. Attorney