IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR708 |
| Plaintiff, | ) ) | JUDGE: CHRISTOPHER A. BOYKO |
| v. | ) ) ) | |
| KENNETH TYSON, | ) ) | ORDER TO UNSEAL SEARCH WARRANT, APPLICATION AND |
| Defendant. | ) ) | AFFIDAVIT IN SUPPORT |

Upon motion of the United States of America, and for good cause shown, it is ORDERED that the Government may disclose copies of the search warrant and supporting affidavit, application, and return issued and executed in relation to this case (issued under Case Nos. 1:18MJ3286), which is presently under seal, to defense counsel of record, who is permitted to review these documents with his respective client but retain physical possession of all copies of these sealed documents, and that the orders currently in place sealing such documents will otherwise remain intact.

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

2/13/19 DATE