IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR708 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH TYSON, | ) | SECOND MOTION FOR EXTENSION OF |
| | ) | TIME TO RESPOND TO DEFENDANT'S |
| Defendant. | ) | MOTION IN OPPOSITION TO |
| | ) | GOVERNMENT'S REQUEST FOR RULE |
| | ) | 17(C) SUBPOENAS |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Chelsea S. Rice and Carmen E. Henderson, Assistant U.S. Attorneys, and hereby submits an unopposed request for an extension to respond to Defendant Kenneth Tyson's Motion in Opposition to the Government's Application for Production of Records Before Trial – Rule 17(C) (R. 41).

Trial in this case is currently scheduled for December 10, 2019. On June 18, 2019, the United States filed an Application for Production of Records Before Trial – Rule 17(C) (R. 37), and on July 1, 2019, Tyson filed the pending Motion in Opposition. The United States respectfully requests a 30-day extension – until August 28, 2019 – to respond to Tyson's motion.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Chelsea S. Rice
Chelsea S. Rice (OH: 0076905)
Carmen E. Henderson (OH: 0089212)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3752/3967
(216) 522-8355 (facsimile)
Chelsea.Rice@usdoj.gov
Carmen.Henderson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Chelsea S. Rice
Chelsea S. Rice
Assistant U.S. Attorney