# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:18-CR-708 |
| | ) |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| v. | ) |
| | ) **DEFENDANT'S MOTION TO FILE** |
| KENNETH TYSON, | ) **MEMORANDUM UNDER SEAL** |
| | ) |
| Defendant. | ) |

Defendant Kenneth Tyson, through counsel, and pursuant to the Court's directive during the status conference on Friday, July 26, 2019, respectfully requests permission to file a memorandum under seal regarding the topics discussed at the status conference.

Respectfully submitted,

/s/ *Chris N. Georgalis*

Christos N. Georgalis (OH: 0079433)
**Flannery │ Georgalis, LLC**
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
Telephone: (216) 367-2095
Facsimile: (216) 367-2095
Email: chris@flannerygeorgalis.com

*Attorney for Defendant Kenneth Tyson*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Chris N. Georgalis*
Christos N. Georgalis

*Attorney for Defendant Kenneth Tyson*