IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR708 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH TYSON, | ) | GOVERNMENT'S MOTION TO FILE |
| | ) | NOTICE REGARDING PROTECTIVE |
| Defendant. | ) | ORDER UNDER SEAL |
| | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Carmen E. Henderson and Chelsea S. Rice, Assistant United States Attorneys, and respectfully moves this Court for an order permitting the government to file its Notice of Potential Violation of Protective Order under seal. The purpose of this request is that the Notice contains reference to discovery material, which is protected by this Court's Protective Order (Doc. 21). The government will serve Defendant with a copy of its pleading immediately upon filing.

Respectfully submitted,

JUSTIN HERDMAN
United States Attorney

By:  /s/ Carmen E. Henderson
Carmen E. Henderson (OH: 0089212)
Chelsea S. Rice (OH: 0076905)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3967/3752
(216) 522-2403 (facsimile)
Carmen.Henderson@usdoj.gov
Chelsea.Rice@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Carmen E. Henderson
Carmen E. Henderson
Assistant U.S. Attorney