IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18-CR-00708 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S MOTION TO FILE |
| KENNETH TYSON, | ) | UNDER SEAL ITS RESPONSE IN |
| | ) | OPPOSITION TO DEFENDANT'S |
| Defendant. | ) | MOTION TO DISMISS |
| | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Vanessa V. Healy, Carmen E. Henderson, and Chelsea S. Rice, Assistant United States Attorneys, and respectfully moves this Court for an order permitting the government to file its response in opposition to Defendant's motion to dismiss under seal in order to protect sensitive information included in the response. The government will serve Defendant with a copy of its response immediately upon filing.

                                          Respectfully submitted,

                                          JUSTIN HERDMAN
                                          United States Attorney

By:   /s/ Vanessa V. Healy
         Vanessa V. Healy (OH: 0092212)
         Carmen E. Henderson (OH: 0089212)
         Chelsea S. Rice (OH: 0076905)
         Assistant United States Attorney
         United States Court House
         801 West Superior Avenue, Suite 400
         Cleveland, OH 44113
         (216) 622-3652/3967/3752
         (216) 522-2403 (facsimile)
         Vanessa.Healy@usdoj.gov
         Carmen.Henderson@usdoj.gov
         Chelsea.Rice@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                       /s/ Vanessa V. Healy
                                                       Vanessa V. Healy
                                                       Assistant U.S. Attorney