# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:18CR708** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KENNETH TYSON,** | ) | **OPINION & ORDER** |
| | ) | |
| **Defendant.** | ) | |

## CHRISTOPHER A. BOYKO, J.:

This matter comes before the Court pursuant the Government's Motion to Compel Defendant's Compliance with Rule 16(b). (Doc. 94). In its Motion, the Government asks the Court to order Defendant to comply with his discovery obligations. Specifically, the Government contends Defendant received documents from C.T. and J.S. that he has not produced to the Government.

On January 27, 2020, Defendant filed a Notice of Compliance with Government's Motion to Compel and Reciprocal Discovery Obligations. (Doc. 99). In his Notice, Defendant claims he complied with his discovery obligations by producing specific records to the Government and by allowing the Government's Special Agent to review the original records the Defendant received from the third-parties. According to Defendant, the Special Agent obtained the original documents on January 30, 2020.

There has been no indication to this Court that Defendant's representations in his Notice of Compliance were false.  Since it appears that the Government received the information it sought to compel, the Government's Motion is **MOOT** and therefore **DENIED**.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: February 24, 2020**